UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

**CASE NO. 9:17-cv-80948-RLR**

DAVID JACK WILKINSON,

      Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,
a Florida profit corporation, and MBO
PARTNERS, INC., a foreign profit corporation

      Defendants.
_____/

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Plaintiff, DAVID JACK WILKINSON, by and through his undersigned counsel hereby files Plaintiff's Amended Statement of Claim pursuant to the Court's Order dated September 5, 2017 [DE 8] and states as follows:

1. **Amount of Alleged Unpaid Wages.**

   Plaintiff was paid $80.00 per hour but was not paid at the appropriate time and a half rate for his overtime hours. Plaintiff estimates in good faith that he worked the following amount of overtime per week, see Exhibit "A". Plaintiff should have been paid $120.00 per hour for the weeks that he worked over forty (40) hours. Plaintiff is accordingly owed half-time pay for his overtime hours.  For the 523 hours per week that he worked overtime, he is owed $40.00 per hour, and is owed $20,920.00 x 2 (liquidated) = $41,840.00.

2. **Calculation of such wages and nature of wages (overtime or regular).**

   For the 523 hours per week that he worked overtime, he is owed $40.00 per hour, and is owed $20,920.00 x 2 (liquidated) = $41,840.00.

3. **Amount of Damages for Misclassification as Independent Contractor.**

| Employee Benefit Not Available to Contractor | 2 Year amount | |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Health Insurance | $22,958 | (983.48 x 16) + (902.78 x 8) = $22,957.92 |
| Vacation | $25,600 | 4 weeks/year x 2 years =8 weeks x 40 hours x $80 |
| Sick Pay | $6,400 | 1 week/year x 2 years= 2 weeks x 40 hours x $80 |
| Disability Insurance | $10,493 | 437.20 x 24 = 10,492.80 |
| 6% 401K Match | $19,968 | $80x 2080 hrs/yr x 2 yrs x .06 |
| 4% Pension benefit | $13,312 | $80 x 2080hrs/yr x 2 yrs x .04 |
| 4% Interest on Pension | $809 | 4% interest compounded on 2 years |
| Payment for Contractor Mandatory furloughs | $38,400 | 1 week for each furlough (6 weeks/year) x 2 = 12 weeks<br>80 x 40 x 12 = |
| | | |
| Total Cost including furloughs (not including holidays or overtime) | $137,940 | |

### 4. Attorney's fees and costs

Plaintiff has thus far incurred $7,883.75 in attorney's fees and $518.92 costs. The attorney's fees are as follows, the amounts are subject to increase:

<u>Fees:</u>

| | |
|---|---|
| Chelsea Bellew, Esq. | 1.10 hours at $225.00/hour |
| Allison B. Duffie, Esq. | 23.78 hours at $299.26/hour |
| Lindsey Wagner, Esq. | .30 hours at $300.00/hour |
| Ashley Prescott, Certified Paralegal | 2.43 hours at $125/hour |
| Juanita Perez, Paralegal | .30 hours at $70.00/hour |
| Erin Sleeper, Paralegal | 1.50 hours at $70.00/hour |

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on October 18, 2017 on all counsel or parties of record on the Service List below.

s/Allison B. Duffie
Allison B. Duffie, Esq.
Florida Bar No. 649902

Primary e-mail: Aduffie@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone:    (561) 653-0008
Facsimile:     (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

**SERVICE LIST**
**CASE NO. 9:17-cv-80948-RLR**

Christin M. Russell, Esq.
Florida Bar No. 51485
christin.russell@fpl.com
Ellen S. Malasky, Esq.
Florida Bar No. 724599)
ellen.malasky@fpl.com
FPL Law Department
700 Universe Boulevard
Juno Beach, Florida 33408
Telephone (561) 691-7701