**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO: 9:17-cv-80948-RLR

DAVID JACK WILKINSON,

      Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,
A Florida profit corporation, and MBO
PARTNERS, INC., a foreign profit corporation,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

      Defendant MBO PARTNERS, INC. hereby notifies the Court that the parties have agreed to settle the above captioned action in its entirety. The parties are presently formalizing the terms of their agreement into a written settlement agreement and will file a motion to approve the settlement once the settlement is final.

      **/s/ Richard D. Tuschman**
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
2nd E-mail: assistant@gtemploymentlawyers.com
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050
Facsimile: (954) 380-8938
*Attorneys for Defendant MBO Partners, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Allison B. Duffie, Esq. (FBN649902)<br>ADuffie@scottwagnerlaw.com<br>mail@scottwagnerlaw.com<br>**SCOTT WAGNER & ASSOCIATES, P.A.**<br>250 South Central Boulevard<br>Suite 104-A<br>Jupiter, FL 33458<br>Telephone: (561) 653-0008<br>Facsimile: (561) 653-0020<br>*Attorneys for Plaintiff* | Christin M. Russell, Esq. (FBN 51485)<br>christin.russell@fpl.com<br>Ellen S. Malasky, Esq. (FBN 724599)<br>ellen.malasky@fpl.com<br>**FPL LAW DEPARTMENT**<br>700 Universe Boulevard<br>Juno Beach, Florida 33408<br>Telephone (561) 691-7321<br>Facsimile (561) 691-7103<br>*Attorneys for Defendant Florida Power & Light Company* |

    **/s/ Richard D. Tuschman**
    Richard D. Tuschman