IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80948-RLR

DAVID JACK WILKINSON,

    Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,
a Florida profit corporation, and MBO
PARTNERS, INC., a foreign profit corporation

    Defendants.
_____/

**DEFENDANTS, FLORIDA POWER & LIGHT COMPANY'S AND
MBO PARTNERS, INC.'S, JOINT NOTICE REGARDING
STATUS OF SETTLEMENT**

Defendants, FLORIDA POWER & LIGHT COMPANY ("FPL") AND MBO PARTNERS, INC. ("MBO") (collectively, "Defendants"), by and through the undersigned counsel, and pursuant to the Court's Order Staying Case and Directing the Clerk of the Court to Close the Case for Statistical Purposes [DE 38], hereby advise the Court regarding status of the settlement.

On December 4, 2017, after reaching a full, final and global settlement of all of Plaintiff's claims against Defendants, the Parties advised the Court that they had "agreed to settle the above captioned action in its entirety." [DE 37]  On December

*Wilkinson v. NextEra Energy, Inc.*
Case No. 9:17-cv-80948-RLR
Defendants Notice Regarding Status of Settlement

6, 2017, the Court instructed the Parties to file any appropriate pleadings related to dismissal of this action on or before January 5, 2018 [DE 38].

Subsequently, the Parties engaged in communications regarding the non-material terms of settlement agreement. At Plaintiff's request, Defendants provided a draft settlement agreement for Plaintiff's review on December 14, 2017. On January 3, 2018, counsel for Plaintiff advised that Plaintiff no longer wished to settle his claim under 26 U.S.C. § 7434 [DE 12, Count III] as part of the agreed to settlement. The Parties engaged in conferral on the issue through January 4, 2018, and were advised on that date that Plaintiff also no longer wished to settle his claim under Florida's Deceptive and Unfair Trade Practices Act [DE 12, Count II] as part of the agreed to settlement.

In light of Plaintiff's attempt to renege on the parties' settlement agreement, Defendants request a ruling on their pending Joint Motion to Dismiss, or, in the Alternative, to Stay, and Compel Arbitration [DE 35]. Defendants thereafter intend to file a Motion to Enforce the Settlement Agreement, either before the arbitrator or with the court, depending upon the ruling on Defendants' pending motion. Defendants would be in a position to file their Motion to Enforce within three business days after ruling on the pending motion.

*Wilkinson v. NextEra Energy, Inc.*
Case No. 9:17-cv-80948-RLR
Defendants Notice Regarding Status of Settlement

Dated: January 5, 2018                     Respectfully submitted,

| | |
|---|---|
| /s/ Christin M. Russell | /s/ Richard D. Tuschman |
| Christin M. Russell, Esq. (FBN 51485) | Richard D. Tuschman, Esq. (FBN 907480) |
| christin.russell@fpl.com | rtuschman@gtemploymentlawyers.com |
| Ellen S. Malasky, Esq. (FBN 724599) | assistant@gtemploymentlawyers.com |
| ellen.malasky@fpl.com | RICHARD D. TUSCHMAN, P.A. |
| FPL LAW DEPARTMENT | 8551 W. Sunrise Boulevard, Suite 303 |
| 700 Universe Boulevard LAW/JB | Plantation, Florida 33322 |
| Juno Beach, Florida 33408 | Telephone: (954) 369-1050 |
| Telephone (561) 691-7701 | Facsimile: (954) 380-8938 |
| Counsel for Defendant FPL | Counsel for Defendant MBO Partners, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 5, 2018 on all counsel or parties of record on the Service List below.

/s/ Christin M. Russell
Christin M. Russell, Esq.

### Service List

Allison B. Duffie, Esq. (FBN 649902)
ADuffie@scottwagnerlaw.com
mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOC., P.A.
101 Northpoint Parkway
West Palm Beach, FL 33407
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Counsel for Plaintiff