**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT**

**CASE NO. 9:17-cv-80948-RLR**

DAVID JACK WILKINSON,

    Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,
a Florida profit corporation, and MBO
PARTNERS, INC., a foreign profit corporation

    Defendants.

_____/

**NOTICE CHARGING LIEN**

You are hereby notified that the undersigned, the law firm of Scott Wagner & Associates, P.A. (Scott Wagner), serves and files on the following grounds this charging lien for outstanding amounts due for services rendered and costs incurred as attorney for the following:

    David Jack Wilkinson, Plaintiff

in pursuit of the claim of any of the above referenced persons and/or entities against any award, proceeds, verdict, or settlement, whether monies, property, or otherwise, paid, made payable, or to be paid on behalf of or to any of the above referenced persons and/or entities, their attorneys, assignors, heirs, successors, or any other person, corporation, or partnership.

1. Scott Wagner's lien for attorneys' fees is pursuant to the representation agreement with any of the above referenced persons and/or entities and/or pursuant to a claim for unpaid overtime and violation FDUTPA.

2. Scott Wagner's lien for costs is pursuant to the representation agreement with any of the above referenced persons and/or entities and/or pursuant to a claim for unpaid overtime and violation FDUTPA.

3. The necessary and reasonable costs incurred include, but are not limited to, filing fee, service of process, expenses for copies of records and reports, court reporters' fees, experts, and investigator's fees.

WHEREFORE, Scott Wagner demands a lien for attorneys' fees and costs against any award, proceeds, verdict, or settlement, whether monies, property, or otherwise, paid, made payable, or to be paid on behalf of and to any of the above referenced persons and/or entities, their attorneys, assignors, heirs, successors, or any other person, corporation, or partnership, and for such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on February 14 2018 on all counsel or parties of record on the Service List below.

s/Cathleen Scott
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
Lindsey Wagner, Esq.
Florida Bar No. 649902
Primary e-mail: LWagner@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
Allison B. Duffie, Esq.
Florida Bar No. 649902
Primary e-mail: Aduffie@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard
Suite 104-A

Jupiter, FL 33458
Telephone:	(561) 653-0008
Facsimile:	(561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

**SERVICE LIST**
**CASE NO. 9:17-cv-80948-RLR**

Christin M. Russell, Esq.
Florida Bar No. 51485
christin.russell@fpl.com
Ellen S. Malasky, Esq.
Florida Bar No. 724599)
ellen.malasky@fpl.com
FPL Law Department
700 Universe Boulevard
Juno Beach, Florida 33408
Telephone (561) 691-7701
*Counsel for Florida Power & Light Company*

Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
2nd E-mail: assistant@gtemploymentlawyers.com
RICHARD D. TUSCHMAN, P.A.
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Tel.: (954) 369-1050 | Fax.: (954) 380-8938
*Counsel for Defendant MBO Partners, Inc.*

David Jack Wilkinson
4405 Wahli Drive
Knoxville, TN 37918
jackwilkin@yahoo.com
*Via Email*