UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80948-ROSENBERG/HOPKINS

DAVID JACK WILKINSON,

    Plaintiff,

v.

NEXTERA ENERGY, INC.,

    Defendant.

_____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On February 9, 2018, the Court entered an Order Granting Motion to Withdraw as Counsel [DE 45]. Pursuant to that Order, Plaintiff's counsel at Scott Wagner & Associates, P.A. was permitted to withdraw as counsel of record for Plaintiff. *See* DE 45. That Order[1] further required Plaintiff either to (1) retain new counsel, who must file a Notice of Appearance on behalf of Plaintiff in this case, or (2) notify the Court in writing of his intent to proceed *pro se* by no later than March 1, 2018. *See id.* To date, no new counsel has filed a Notice of Appearance on behalf of Plaintiff and Plaintiff has not filed notice of his intent to proceed *pro se*, and the deadline to do so has passed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**, all scheduled hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this <u>2nd</u> day of March, 2018.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

---

[1] On February 14, 2018, Plaintiff's former counsel filed a Notice of Compliance [DE 46] indicating that Plaintiff was notified of the Court's Order on February 9, 2018.