IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80948-RLR

DAVID JACK WILKINSON,

    Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,
a Florida profit corporation, and MBO
PARTNERS, INC., a foreign profit corporation

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO JUDGE ROSENBERG'S DISCLOSURE OF CONFLICT IN THIS CASE

Defendants, FLORIDA POWER & LIGHT COMPANY ("FPL") AND MBO PARTNERS, INC. ("MBO"), by and through the undersigned counsel, and pursuant to the Clerk of Court's August 26, 2021 letter [DE 49], hereby provide their response to Judge Rosenberg's disclosure of conflict in this case. This case was dismissed, without prejudice, in March of 2018 because of Plaintiff, DAVID JACK WILKINSON's ("Wilkinson"), failure to comply with a court order and subsequent abandonment of his claims against Defendants. No party was prejudiced by Judge Rosenberg's conflict at any time during the pendency of this matter, which is confirmed by reviewing the procedural history of this case.

In August 2017, Wilkinson filed a lawsuit against FPL and his employer, MBO Partners, claiming that he was misclassified as an independent contractor and that FPL and

MBO were his joint employers. On November 20, 2017, Defendants filed a Joint Motion to Dismiss, or in the alternative, to Stay and Compel Arbitration [DE 35]. Judge Rosenberg did not issue a ruling on this motion because on December 4, 2017, the parties filed a Notice of Settlement [DE 37]. Thereafter, Wilkinson advised he did not wish to settle his claims [DE 39]. Wilkinson's counsel then filed a Motion to Withdraw as Counsel [DE 44] which the Court granted on February 9, 2018 [DE 45]. In the Court's order, it directed Wilkinson to either retain new counsel or notify the Court in writing of his intent to proceed pro se on or before March 1, 2018 [DE 45]. Wilkinson did not comply with this order and so on March 2, 2018, the Court dismissed the case without prejudice [DE 48].

Judge Rosenberg did not issue any dispositive rulings on any matter in this case. Accordingly, any potential conflict which existed did not influence the outcome of the case or prejudice any party. According to the August 26th letter, this fact was confirmed by Judge Rosenberg herself. And, most importantly, over three years has passed since the Court's dismissal, and Wilkinson has not taken any steps since that time to reopen the case or otherwise prosecute his claims, which he could have done given that the case was dismissed without prejudice. In short, Judge Rosenberg's failure to recuse herself was harmless error and should be disregarded. *See Daniels v. AFLOA/JACC*, No. 5:14-CV-00354 (LJA), 2015 U.S. Dist. LEXIS 114057, at *6 (M.D. Ga. Aug. 27, 2015) (holding that there was no basis to vacate dismissal where the prior judge entered a dismissal order even though he should have been recused from the case; such error was harmless because "the case would properly be dismissed regardless of what judge ruled on the matter.") (citing *Liljeberg v. Health Servs. Acquisition Corp.,* 486 U.S. 847, 864 (1988)).

Accordingly, Defendants respectfully request that the Court disregard Wilkinson's September 13, 2021 letter and not disturb the Court's dismissal of the case.

Dated: September 24, 2021                                    Respectfully submitted,

| /s/ Christin M. Russell | /s/ Richard D. Tuschman |
|---|---|
| Christin M. Russell, Esq. (FBN 51485) | Richard D. Tuschman, Esq. (FBN 907480) |
| christin.russell@fpl.com | rtuschman@gtemploymentlawyers.com |
| Ellen S. Malasky, Esq. (FBN 724599) | assistant@gtemploymentlawyers.com |
| ellen.malasky@fpl.com | RICHARD D. TUSCHMAN, P.A. |
| FPL LAW DEPARTMENT | 12555 Orange Drive, 2nd Floor |
| 700 Universe Boulevard LAW/JB | Davie, Florida 33330 |
| Juno Beach, Florida 33408 | Telephone: (954) 369-1050 |
| Telephone (561) 691-7701 | Facsimile: (954) 380-8938 |
| Counsel for Defendant FPL | Counsel for Defendant MBO Partners, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed by CM/ECF and served by Regular U.S. Mail, Certified U.S. Mail, and email on September 24, 2021 on all *pro se* parties of record on the Service List below.

/s/ Christin M. Russell
Christin M. Russell, Esq.

Service List
David Jack Wilkinson
4405 Wahli Drive
Knoxville, Tennessee 37918
jackwilkin@yahoo.com

7961 Woodhill Cove Lane
Denver, North Carolina 28037
Plaintiff, *pro se*